IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 02-432-BR |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| MICHAEL EMMETT BECK, | |
| Defendant. | |

MICHAEL W. MOSMAN
United States Attorney
FRANK NOONAN
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1000

      Attorneys for Plaintiff

STEVEN T. WAX
Federal Public Defender
CHRISTOPHER J. SCHATZ
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, OR 97204
(503) 326-2123

1  -  OPINION AND ORDER

Attorneys for Defendant

**BROWN, Judge.**

This matter comes before the Court on remand from the Court of Appeals for the Ninth Circuit for this Court to determine whether it would have imposed a sentence materially different from the 102-month prison term originally ordered if the Court had applied the United States Sentencing Guidelines in an advisory capacity. *See United States v. Beck*, 418 F.3d 1008 (9th Cir. 2005).

The Court has reconsidered all of the record as originally submitted. The Court also has the benefit of a September 20, 2005, letter from Defendant Michael Emmet Beck and a letter dated October 25, 2005, from Assistant United States Attorney Frank Noonan.

In light of the advisory Sentencing Guidelines and the factors set forth in 18 U.S.C. § 3553(a), the Court concludes the originally-imposed sentence of 102 months imprisonment is "sufficient, but not greater than necessary." The Court also finds it would not have exercised discretion to impose a materially different sentence if it had been free to do so when it first sentenced Defendant. The Court, therefore, finds it is not necessary to conduct any further sentencing proceedings or to

amend the original Judgment of Conviction in any manner.

IT IS SO ORDERED.

DATED this 3rd day of November, 2005.

                                    ANNA J. BROWN
                                    United States District Judge

3 - OPINION AND ORDER